Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>JABAR WIRELESS, INC. dba BOOST MOBILE, et al.<br><br>    Defendant(s). | Case No. 2:21-cv-02055-KJM-AC<br><br>**PLAINTIFF'S REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date: July 14, 2022<br>Time: 2:30 p.m.<br>Courtroom: 3<br>Chief District Judge Kimberly J. Mueller |

Plaintiff Darren Gilbert ("Plaintiff"), by and through his attorney of record, hereby requests a continuance of the Status (Pretrial Scheduling) Conference currently scheduled in this matter for July 14, 2022 at 2:30 p.m. for the reasons set forth below:

1. This action was originally filed on November 5, 2021 against defendants Jabar Wireless, Inc. dba Boost Mobile and Mohammed Eid;

2. A clerk's default was entered against defendant Jabar Wireless, Inc. on January 4, 2022 (Dkt. 6);

3. On June 22, 2022, Plaintiff filed a Second Amended Complaint naming additional defendants Issah Eid dba Boost Mobile, Nazmi Eid dba Boost Mobile, and Balady Retail, Inc. dba Boost Mobile;

4. Despite diligent efforts, Plaintiff has been unable to effect service on Mohammad Eid, but has resumed service attempts following the filing of his Second Amended Complaint;

5. Plaintiff is also diligently attempting to serve the newly named defendants with the Summons and Second Amended Complaint;

6. Because none of the defendants have appeared in the action, and several have not yet been served, Plaintiff has been unable to meet and confer with the defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for July 14, 2022 be continued to a date on or after October 14, 2022 at the Court's convenience.

Dated: June 30, 2022                                      MOORE LAW FIRM, P.C.

                                                          */s/ Tanya E. Moore*
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff,
                                                          Darren Gilbert

## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for July 14, 2022 is continued to October 20, 2022, at 2:30 p.m. before Chief District Judge Kimberly J. Mueller in Courtroom 3 of the above-entitled Court. A Joint Scheduling Report shall be filed 14 days prior to the Conference.

**IT IS SO ORDERED**.

DATED:  July 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE